# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL R. KNACK,**

    **Plaintiff,**

  **V.**                                                       **CASE NO. 05-C-803**

**CREDIGY RECEIVABLES, INC.,**

    **Defendant.**

## ORDER

      Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

      **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

      Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

                                                   **BY THE COURT:**

                                                   s/ Rudolph T. Randa
                                                   **Hon. Rudolph T. Randa**
                                                   **Chief Judge**